IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-595-KDB-DCK

| KATHLEEN MCKEE, a/k/a KATHLEEN ALBRIGHT, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| INDEBTED USA, INC., and BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by C. Randolph Emory, concerning Robert Yusko, on November 1, 2022. Robert Yusko seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Robert Yusko is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 1, 2022

David C. Keesler
United States Magistrate Judge